IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY MANUEL LECHUGA,

    Petitioner,               No. CIV S-07-0487 JAM KJM P

  vs.

D. K. SISTO, et al.,

    Respondents.          FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has requested that the court stay this matter so that he can exhaust state court remedies with respect to claims three and four in his petition for writ of habeas corpus. Because claims three and four are potentially meritorious and because petitioner has shown good cause for his failure to exhaust earlier, the court will recommend that petitioner's request for a stay be granted. See Rhines v. Weber, 544 U.S. 269, 277 (2005).

        Accordingly, IT IS HEREBY RECOMMENDED that:

        1. Petitioner's request that this action be stayed (docket #15) be granted;

        2. This action be stayed;

        3. The Clerk of the Court be directed to administratively close this case; and

/////

1

4. Petitioner be ordered to inform the court within ten days of the exhaustion of state court remedies with respect to claims three and four in his petition for writ of habeas corpus.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

1
lech0487.sty