IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY MANUEL LECHUGA,

    Petitioner,                 No. CIV S-07-0487 JAM KJM P

    vs.

D.K. SISTO, et al.,

    Respondents.           ORDER
_____/

        Petitioner, a California prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 12, 2008, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed May 12, 2008, are adopted in full;

2. Petitioner's request that this action be stayed (#15) is granted;

3. This action is stayed;

4. The Clerk of the Court is directed to administratively close this case; and

5. Petitioner is ordered to inform the court within ten days of the exhaustion of state court remedies with respect to claims three and four in his petition for writ of habeas corpus.

DATED:   9/24/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/lech0487.800