IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY MANUEL LECHUGA,

    Petitioner,                    No. CIV S-07-0487 JAM CHS P

    vs.

JOHN W. HAVILAND,[1] et al.,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's February 8, 2010 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues

---

[1] Petitioner named D.K. Sisto, the former warden of California State Prison Solano as Respondent. John W. Haviland is the current warden of California State Prison Solano. Federal Rule of Civil Procedure 25(d) allows the successor of a public office to automatically be substituted as a party. Accordingly the clerk is directed to change the name of Respondent to John W. Haviland.

satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[2]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issue presented in the instant petition: Whether the trial court's exclusion of petitioner's "spontaneous utterance" violated his rights under the Sixth or Fourteenth Amendment.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED:   March 22, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

---

[2] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  Jennings, at 1010.